**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RAMA SOU, *et al.*, | |
| Plaintiffs, | 2:15-cv-00698-APG-VCF |
| vs. | **ORDER** |
| MICHAEL BASH, *et al.*, | |
| Defendants. | |

Before the court is *Rama Sou, et al., vs. Michael Bash, et al.*, case number 2:15-cv-00698-APG-VCF. On April 16, 2015, the court notified Defendants' counsel, Richard Hyungil Lee, Esq., that he must comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition pursuant to Local Rule IA 10-2. (#31). To date, Mr. Lee has not complied with Local Rule IA 10-2.

The parties filed a Joint Status Report (#36) on July 15, 2015.

Accordingly,

IT IS HEREBY ORDERED that Defendants' counsel, Richard Hyungil Lee, Esq., must file his Designation of Local Counsel and Verified Petition pursuant to Local Rule IA 10-2 on or before July 30, 2015. Failure to comply with this Court's order will result in sanctions.

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 a.m., August 13, 2015, in courtroom 3D. Defendants' local counsel must appear in person. Plaintiffs' counsel may appear telephonically. The call-in telephone number is: (702) 868-4911, access code: 123456, the call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

DATED this 16th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE