# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RAMA SOU, *et al.*,

        Plaintiffs,

vs.

MICHAEL BASH, *et al.*,

        Defendants.

2:15-cv-00698-APG-VCF

**ORDER**

    Before the court is Defendants' Notice of Intent to Appear Telephonically (#43). Construing this Notice as a request for leave of court to appear telephonically, permission is GRANTED for attorney Richard H. Lee to appear by telephone at the hearing set for August 13, 2015, at 10:00 AM.

    The call telephone number is (702) 868-4911, access code: 123456, the call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

    The purpose of this hearing is to discuss the Joint Status Report (#36) filed on July 15, 2015.

    IT IS FURTHER ORDERED that local counsel for plaintiffs, Gordon R. Goolsby and local counsel for defendants, Michael B. Lee, must appear in person at this hearing scheduled for 10:00 AM, August 13, 2015, in courtroom 3D.

    DATED this 3rd day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE