EDWARD W. SUH (*Admitted pro hac vice*)
LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES
3810 WILSHIRE BOULEVARD, SUITE 1212
LOS ANGELES, CA 90010
Telephone: (213) 385-7347
Facsimile: (213) 383-3323
Edward@suhnassoclaw.com

Attorneys for Plaintiffs

GORDON R. GOOLSBY, ESQ.
Nevada Bar No. 11578
GOOLSBY LAW, LTD.
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, NV 89052
Telephone: (702) 629.8173
Fascimile: (702) 965-4579
gordon@goolsbylawltd.com

Local Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **RAMA SOU; TAI BUI; and SCOTT ZIMMERMAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL BASH; JEREMY BASH; BERKLEY ENTERPRISES, INC.; PEPPERDINE ENTERPRISES, INC.; NINETY-FIVE FORT APACHE COMPLEX, LLC; ROYAL VIEW, LLC; and DOES 1 through 20, inclusive,**<br><br>Defendants | Case No. 2:15-cv-00698-APG-VCF<br><br>**STIPULATION FOR WITHDRAWAL OF COUNSEL** |

1

1   Pursuant to this Court's Order on August 13, 2015 for attorney Michael
2   Suh to either apply to appear pro hac vice or move the court to withdraw as
3   counsel for plaintiffs, Michael Suh hereby files this Stipulation for Withdrawal of
4   Counsel. This pending matter had previously been filed in the Central District of
5   California and ordered transferred to this Court on April 16, 2015. Following the
6   transfer, Edward W. Suh, Esq., an attorney from the Law Offices of Michael K.
7   Suh & Associates representing plaintiffs as lead counsel, submitted a pro hac vice
8   application which was granted on July 1, 2015. Michael Suh's name and contact
9   information remained on the docket though pursuant to the transfer of the case.

10   IT IS NOW HEREBY STIPULATED between the parties hereto, pursuant
11   to LR 1A 10-6, that Michael Suh of the law firm Law Offices of Michael K. Suh
12   & Associates may, with leave of court, withdraw as counsel for plaintiffs in the
13   above-captioned case, and shall be removed from the docket of this case. Edward
14   W. Suh, Esq. will continue to serve as lead counsel of record for plaintiffs, with
15   Gordon Goolsby, Esq. serving as local counsel for plaintiffs.

16   Plaintiffs and the above-referenced attorneys consent to this withdrawal, as
17   evidenced by the signatures below.

18

19

20   Dated: August 17, 2015          LAW OFFICES OF MICHAEL K. SUH &
                                       ASSOCIATES
21

22                                     By: _____
                                            Edward W. Suh
23
                                       Attorney for Plaintiffs
24                                     RAMA SOU, TAI BUI, SCOTT
                                       ZIMMERMAN
25

26

27

28

2

| | |
|---|---|
| 1  Dated: August 17, 2015 | LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES |
| 2 | |
| 3 | By: _____ |
| | Michael Suh |
| 4 | Withdrawing Attorney for Plaintiffs |
| 5 | RAMA SOU, TAI BUI, SCOTT ZIMMERMAN |
| 6 | |
| 7 | |
| 8 | GOOLSBY LAW, LTD. |
| 9  Dated: August 17, 2015 | |
| | By: _____ |
| 10 | Gordon Goolsby |
| 11 | Local Counsel for Plaintiffs |
| 12 | RAMA SOU, TAI BUI, SCOTT ZIMMERMAN |
| 13 | |
| 14 | |
| 15  I consent to this substitution. | |
| 16 | |
| 17  Dated: August 17, 2015 | By: _____ |
| 18 | Rama Sou |
| 19 | |
| 20 | |
| 21  Dated: August 17, 2015 | By: _____ |
| 22 | Tai Bui |
| 23 | |
| 24 | |
| 25  Dated: August 17, 2015 | By: _____ |
| 26 | Scott Zimmerman |
| 27 | |
| 28 | |

3

1   Dated: August 17. 2015

LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES

2

3   By:

Michael Suh

4

5   Withdrawing Attorney for Plaintiffs
RAMA SOU, TAI BUI, SCOTT
ZIMMERMAN

6

7

8

9   Dated: August 17, 2015

GOOLSBY LAW. LTD.

10   By:

Gordon Goolsby

11

12   Local Counsel for Plaintiffs
RAMA SOU, TAI BUI, SCOTT
ZIMMERMAN

13

14

15   I consent to this substitution.

16

17   Dated: August 17, 2015

18   By:

Rama Sou

19

20

21   Dated: August 17, 2015

22   By:

Tai Bui

23

24

25   Dated: August 17, 2015

26   By:

Scott Zimmerman

27

28

3

The above withdrawal of counsel is approved and

IT IS SO ORDERED.

BY: _____

UNITED STATES MAGISTRATE JUDGE

Dated: _August 18, 2015_____

4

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

3

4        Pursuant to F.R.C.P. 5(b), I certify that I am an employee of Goolsby Law, Ltd.,

5   and not a party to, nor interested in, the within action; that on August 18, 2015, a true and

6   correct copy of the foregoing **STIPULATION FOR WITHDRAWAL OF COUNSEL**

7   was transmitted electronically through the Court's e-filing electronic notice system to the

8   following attorneys associated with the case.

9

10        Edward Suh, Esq.
          edward@suhassoclaw.com

11        Michael K. Suh, Esq.
          michael@suhassoclaw.com

12        LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES
          3810 Wilshire Blvd.

13        Suite 1212

14        Los Angeles, CA 90010
          *Lead Attorney for Plaintiffs Rama Sou, Tai Bui,*

15        *and Scott Zimmerman*

16

17        Richard H. Lee
          richard.lee@salisianlee.com

18        H. Han Pai

19        han.pai@salisianlee.com
          SALISIAN LEE LLP

20        444 South Flower Street, Suite 2320

21        Los Angeles, CA 90071
          *Lead Attorney for Defendants Jeremy Bash,*

22        *Michael Bash, Berkley Enterprises, Inc.,*
          *Ninety-Five Fort Apache Complex, LLC,*

23        *Pepperdine Enterprises, Inc., and Royal View, LLC*

24

25

26                                              /s/ Gordon R. Goolsby
                                         An employee of Goolsby Law, Ltd.

27

28

Stipulation for Withdrawal of Counsel                          2:15-cv-00698-APG-VCF