EDWARD W. SUH
CA Bar No. 265356
*Admitted Pro Hac Vice*
**LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES**
3810 Wilshire Boulevard, Suite 1212
Los Angeles, Ca 90010
Telephone:     (213) 385-7347
Facsimile:      (213) 383-3323
Email: Edward@suhnassoclaw.com

Attorneys for Plaintiffs

RICHARD H. LEE
CA Bar No.  223553
*Admitted Pro Hac Vice*
**SALISIAN | LEE LLP**
550 South Hope Street, Suite 750
Los Angeles, California  90071-2627
Telephone:     (213) 622-9100
Facsimile:      (800) 622-9145
Email: richard.lee@salisianlee.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMA SOU; TAI BUI; and SCOTT ZIMMERMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BASH; JEREMY BASH; BERKLEY ENTERPRISES, INC.; PEPPERDINE ENTERPRISES, INC.; NINETY-FIVE FORT APACHE COMPLEX, LLC; ROYAL VIEW, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00698-APG-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT (First Request)**<br><br>**[LR 6-1, 6-2]**<br><br><br>**ORDER** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiffs Rama Sou, Tai Bui, and Scott Zimmerman (collectively, "Plaintiffs"), on the one hand, and defendants Michael Bash, Jeremy Bash, Berkley Enterprises, Inc., Pepperdine Enterprises, Inc., Ninety-Five Fort Apache Complex, LLC, and Royal View, LLC (collectively, "Defendants"), on the other hand, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on February 24, 2016, a hearing was held before the Honorable Andrew Gordon regarding Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Plaintiffs' Motion to Amend Complaint. Plaintiffs' Motion to Amend Complaint was denied without prejudice, and Defendants' Motion to Dismiss was granted with leave to amend. Plaintiffs were granted 21 days' leave to file a Second Amended Complaint ("SAC"), which was filed on March 16, 2016. Defendants' response to Plaintiffs' SAC is due on April 4, 2016.

WHEREAS, Plaintiffs' and Defendants' respective counsel agreed to an approximate thirty-day extension for Defendants to respond to the SAC.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that good cause exists and it is in the best interests of all parties to extend Defendants' deadline to file and serve any response to the SAC to May 4, 2016.

---

1

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT

| | | |
|---|---|---|
| Dated: April 1, 2016 | | LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES |

By: ___/s/ Edward W. Suh_____
    Edward W. Suh
    CA Bar No. 265356
    *Admitted Pro Hac Vice*

    Gordon R. Goolsby
    NV Bar No. 11578
    GOOLSBY LAW, LTD.

Attorneys for Plaintiffs
Rama Sou, Tai Bui, and Scott Zimmerman

Dated: April 1, 2016        SALISIAN | LEE LLP

By: ___/s/ Richard H. Lee_____
    Richard H. Lee
    CA Bar No. 223553
    *Admitted Pro Hac Vice*

    Michael B. Lee
    NV Bar No. 10122
    MICHAEL B. LEE, P.C.

Attorneys for Defendants
Michael Bash, Jeremy Bash, Berkley Enterprises, Inc., Pepperdine Enterprises, Inc., Ninety-Five Fort Apache Complex, LLC, and Royal View, LLC

## **ORDER**

IT IS SO ORDERED.

Dated: April 4, 2016.

_____
UNITED STATES DISTRICT JUDGE