Edward W. Suh
California Bar No. 265356
*Admitted Pro Hac Vice*
LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES
3810 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010
Phone: (213) 385-7347
FAX: (213) 383-3323
Email: edward@suhnassoclaw.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RAMA SOU; TAI BUI; and SCOTT ZIMMERMAN, | : |
| Plaintiffs, | : Case No. 2:15-cv-00698-APG-VCF |
| v. | : |
| MICHAEL BASH; JEREMY BASH; BERKLEY ENTERPRISES, INC.; PEPPERDINE ENTERPRISES, INC.; NINETY-FIVE FORT APACHE COMPLEX, LLC; ROYAL VIEW, LLC; and DOES 1 through 20, inclusive; | : **STIPULATED NOTICE OF SUBSITUTION OF COUNSEL** |
| Defendants. | : |

- 1 -

1  Pursuant to District of Nevada Local Rule IA 11-6(c), it is stipulated and agreed that attorneys Matthew I. Knepper and Miles N. Clark, of the firm KNEPPER & CLARK LLC are hereby substituted as local counsel for Plaintiffs in the stead of Gordon R. Goolsby, of the firm GOOLSBY LAW, LTD. in the above-captioned matter.  Attorneys Knepper and Clark request notification of all subsequent papers and filings made in this matter.

This substitution will not delay discovery, trial, or any hearing in this matter.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Dated: August 24, 2016

| KNEPPER & CLARK LLC | LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES |
|---|---|
| */s/ Miles Clark, Esq.* <br> Matthew I. Knepper, Esq. <br> Miles N. Clark, Esq. <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> *Attorneys for Plaintiffs* | */s/ Edward W. Suh, Esq.* <br> Edward W. Suh <br> 3810 Wilshire Blvd., Suite 1212 <br> Los Angeles, CA 90010 <br> *Attorney for Plaintiffs* |
| GORDON LAW, LTD. | RAMA SOU |
| */s/ Gordon R. Goolsby, Esq.* <br> Gordon R. Goolsby <br> 2850 W. Horizon Ridge Pkwy., Suite 200 <br> Henderson, NV 89052 <br> *Attorney for Plaintiffs* | */s/ Rama Sou* <br> Rama Sou <br> c/o LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES <br> 3810 Wilshire Blvd., Suite 1212 <br> Los Angeles, CA 90010 <br> *Plaintiff* |
| TAI BUI | SCOTT ZIMMERMAN |
| */s/ Tai Bui* <br> Tai Bui <br> c/o LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES <br> 3810 Wilshire Blvd., Suite 1212 <br> Los Angeles, CA 90010 <br> *Plaintiff* | */s/ Scott Zimmerman* <br> Scott Zimmerman <br> c/o LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES <br> 3810 Wilshire Blvd., Suite 1212 <br> Los Angeles, CA 90010 <br> *Plaintiff* |
| MICHAEL B. LEE, P.C. | SALISAN LEE LLP |
| */s/ Michael B. Lee, Esq.* <br> Michael B. Lee <br> 1820 E. Sahara Ave., Suite 110 <br> Las Vegas, NV 89104 <br> *Attorney for Defendants* | */s/ Richard H. Lee, Esq.* <br> Richard H. Lee <br> 550 S. Hope St., Suite 750 <br> Los Angeles, CA 90071 <br> *Attorney for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-25-2016

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2016, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **N STIPULATED NOTICE OF SUBSITUTION OF COUNSEL** was served via the U.S. District Court's electronic filing system to each of the following:

Edward W. Suh
LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES
3810 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010
Phone: (213) 385-7347
FAX: (213) 383-3323
Email: edward@suhnassoclaw.com

Gordon R. Goolsby
GORDON LAW, LTD.
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, NV 89052
Phone: (702) 629-8173
FAX: (702) 965-4579
Email: gordon@goolsbylawltd.com
*Attorneys for Plaintiffs*

Richard H. Lee
SALISAN LEE LLP
550 S. Hope St., Suite 750
Los Angeles, CA 90071
Phone: (213) 622-
FAX: (800) 622-9145
Email: richard.lee@salisianlee.com

Michael B. Lee
MICHAEL B. LEE, P.C.
1820 E. Sahara Ave., Suite 110
Las Vegas, NV 89104
Phone: (702) 731-0244
FAX: (702) 477-0096
Email: mike@mblnv.com
*Attorneys for Defendants*

                                        */s/ Miles N. Clark*
                                        Knepper & Clark LLC