**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RAMA SOU, *et al.*,

              Plaintiffs,

vs.

MICHAEL BASH, *et al.*,

              Defendants.

2:15-cv-00698-APG-VCF

**<u>MINUTE ORDER</u>**

Before the Court is the motion to compel and motion for sanctions (ECF No. 82).

IT IS HEREBY ORDERED that a hearing on the motion to compel and motion for sanctions (ECF No. 82) is scheduled for 10:00 a.m., September 16, 2016, in courtroom 3D.

DATED this 1st day of September, 2016.

 

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE