RICHARD H. LEE
CA Bar No. 223553
*Admitted Pro Hac Vice*
**SALISIAN | LEE LLP**
550 South Hope Street, Suite 750
Los Angeles, California 90071-2627
Telephone:   (213) 622-9100
Facsimile:    (800) 622-9145
Email: richard.lee@salisianlee.com

MICHAEL B. LEE
NV Bar No. 10122
**MICHAEL B. LEE, P.C.**
2000 S. Eastern Avenue
Las Vegas, NV 89104
Telephone: (702) 477-7030
Email: mike@mblnv.com

Attorneys for Defendants
Michael Bash, Jeremy Bash, Berkley Enterprises, Inc.,
Pepperdine Enterprises, Inc., Ninety-Five Fort Apache
Complex, LLC, and Royal View, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMA SOU; TAI BUI; and SCOTT ZIMMERMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BASH; JEREMY BASH; BERKLEY ENTERPRISES, INC.; PEPPERDINE ENTERPRISES, INC.; NINETY-FIVE FORT APACHE COMPLEX, LLC; ROYAL VIEW, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00698-APG-VCF<br><br>**MOTION FOR TELEPHONIC APPEARANCE OF SALISIAN | LEE LLP ON BEHALF OF DEFENDANTS AT HEARING ON PLAINTIFFS' MOTION TO COMPEL ON SEPTEMBER 16, 2016** |

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF

2  RECORD:

3  COMES NOW defendants Michael Bash, Jeremy Bash, Berkley Enterprises, Inc.,

4  Pepperdine Enterprises, Inc., Ninety-Five Fort Apache Complex, LLC, and Royal View, LLC

5  (collectively, "Defendants"), by and through their counsel of record, Salisian Lee LLP, and local

6  counsel of record, Michael B. Lee, P.C., and hereby submits the following Motion for Telephonic

7  Appearance of Salisian Lee LLP on September 16, 2016, at the hearing on Plaintiffs' motion to

8  compel.

9  Salisian Lee LLP's sole office is located in Los Angeles, California, and the lead counsel

10  on this matter, Richard Lee of Salisian Lee LLP, is located in Los Angeles, California.

11  Defendants' local counsel, Michael Lee of Michael B. Lee, P.C., will be available to be present in

12  person at the September 16 hearing. Richard Lee can be reached at (213) 622-9100 and

13  respectfully requests to be allowed to appear telephonically on behalf of Defendants at the subject

14  September 16 hearing.

15

16  Dated:   September 14, 2016           SALISIAN | LEE LLP

17

By:   /s/ Richard H. Lee
       Richard H. Lee
       CA Bar No.  223553
       *Admitted Pro Hac Vice*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   9-15-2016

       Michael B. Lee
       NV Bar No. 10122
       MICHAEL B. LEE, P.C.

22  The call in telephone number is
    (888)273-3658, access code: 3912597. The

Attorneys for Defendants
Michael Bash, Jeremy Bash, Berkley Enterprises,

23  call must be made 5 minutes prior to the
    hearing time. The court will join the call

Inc., Pepperdine Enterprises, Inc., Ninety-Five Fort
Apache Complex, LLC, and Royal View, LLC

24  and convene the proceedings. The call must
    be made on a land line. The use of a cell

25  phone or speaker phone during the
    proceedings is prohibited.

26

27

28

1

MOTION FOR TELEPHONIC APPEARANCE OF SALISIAN | LEE LLP ON BEHALF OF
DEFENDANTS

# PROOF OF SERVICE
Case No. 2:15-cv-00698-APG-VCF

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 750, Los Angeles, California 90071.

On September 15, 2016, I caused the foregoing document(s) described as **SALISIAN | LEE LLP'S MOTION FOR TELEPHONIC APPEARANCE ON BEHALF OF DEFENDANTS AT HEARING ON PLAINTIFFS' MOTION TO COMPEL ON SEPTEMBER 16, 2016** to be served on the interested parties in this action as follows:

*See Attached Service List*

 **X**   **VIA CM/ECF SYSTEM**
Pursuant to L.R. 5-3 and 5-4, following ordinary business practices, I electronically filed the foregoing document(s) with the Clerk of the Court by using the Court's automated CM/ECF system. I checked the CM/ECF docket for this case and determined that the person(s) indicated above are registered as CM/ECF Users who have consented to electronic service through the Notice of Electronic Filing transmission sent to the e-mail address(es) listed above.

 **X**   **VIA U.S. MAIL**
Following ordinary business practices, I placed the document for collection and mailing at my business address listed above, in a sealed envelope, postage fully prepaid, addressed to the person(s) at the address I am informed and believe is the current address for such person(s). I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, such correspondence is deposited with the United States Postal Service on the day on which it is placed for collection and mailing at the business.

 **X**   **FEDERAL**
I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 15, 2016, at Los Angeles, California.

          /s/ Christina Cordero          
Christina Cordero

1
PROOF OF SERVICE

# SERVICE LIST
Case No. 2:15-cv-00698-APG-VCF

| | |
|---|---|
| Edward Suh, Esq.<br>Law Offices of Michael K. Suh & Associates<br>3810 Wilshire Blvd., Suite 1212<br>Los Angeles, California 90010<br>Telephone:     (213) 385-7347<br>Facsimile:       (213) 383-3323<br>Email:  Edward.suh@suhnassoclaw.com | *Attorneys for Plaintiffs*<br>*Rama Sou; Tai Bui; and Scott Zimmerman* |
| Matthew Knepper<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave., Suite #170-109<br>Las Vegas, NV 89052<br>Telephone: (702) 825-6060<br>Facsimile:  (702) 447-8048<br>Email: matthew.knepper@knepperclark.com | *Attorneys for Plaintiffs*<br>*Rama Sou; Tai Bui; and Scott Zimmerman* |