UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

RAMA SOU, *et al.*,

      Plaintiffs,

vs.

MICHAEL BASH, *et al.*,

      Defendants.

2:15-cv-00698-APG-VCF

**ORDER**

    Before the Court is Salisan Lee LLP and Michael B. Lee, P.C.'s Motion to be Relieved as Counsel (ECF No. 92).

    IT IS HEREBY ORDERED that a hearing on Salisan Lee LLP and Michael B. Lee, P.C.'s Motion to be Relieved as Counsel (ECF No. 92) is scheduled for 10:00 a.m., October 21, 2016, in Courtroom 3D. Individual defendants and a representative for each defendant entity must appear in person. No motion for telephonic appearance will be granted.

    DATED this 27th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE