# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RAMA SOU, *et al.*,

        Plaintiffs,

vs.

MICHAEL BASH, *et al.*,

        Defendants.

2:15-cv-00698-APG-VCF

**ORDER**

      Before the Court is Defendants' Request for Continuance of October 21, 2016 Hearing Date (ECF No. 96).

      IT IS HEREBY ORDERED that Defendants' Request for Continuance of October 21, 2016 Hearing Date (ECF No. 96) is GRANTED.

      IT IS FURTHER ORDERED that the hearing on the Salisan Lee LLP and Michael B. Lee, P.C.'s Motion to be Relieved as Counsel (ECF No. 92) scheduled for October 21, 2016 is VACATED and RESCHEDULED to 10:00 a.m., November 9, 2016, in Courtroom 3D.  Individual defendants and a representative for each defendant entity must appear in person. No motion for telephonic appearance will be granted.

      DATED this 20th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE