EDWARD W. SUH (*Admitted pro hac vice*)
LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES
3810 WILSHIRE BOULEVARD, SUITE 1212
LOS ANGELES, CA 90010
Telephone: (213) 385-7347
Facsimile: (213) 383-3323
Edward@suhnassoclaw.com

Attorneys for Plaintiffs

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Local Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **RAMA SOU; TAI BUI; and SCOTT ZIMMERMAN**,<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL BASH; JEREMY BASH; BERKLEY ENTERPRISES, INC.; PEPPERDINE ENTERPRISES, INC.; NINETY-FIVE FORT APACHE COMPLEX, LLC; ROYAL VIEW, LLC; and DOES 1 through 20, inclusive,**<br><br>Defendants | Case No. 2:15-cv-00698-APG-VCF<br><br>**STIPULATED REQUEST FOR PRETRIAL CONFERENCE**<br><br>**(FIRST REQUEST)** |

### STIPULATED REQUEST FOR PRETRIAL CONFERENCE

Plaintiffs Rama Sou, Tai Bui, and Scott Zimmerman (collectively, "Plaintiffs"), on the one hand, and defendants Michael Bash, Jeremy Bash, Berkley Enterprises, Inc., Pepperdine

Enterprises, Inc., Ninety-Five Fort Apache Complex, LLC, and Royal View, LLC (collectively, "Defendants"), on the other hand, by and through their respective counsel, hereby stipulate as follows:

Pursuant to D. Nev. LR 6-1 and 16-2, as well as the Court's Minute Order of November 9, 2016 [ECF Dkt. 98] and counsel for Defendants' appearance on December 3, 2016, the parties request a pretrial conference regarding outstanding discovery and the depositions as stated on the record during the November 9, 2016 hearing on Defendants' Motion to Withdraw as Attorney [ECF Dkt. 92].

The parties further request that the conference take place after 10:00 a.m. on Monday, December 12, 2016, or at another time thereafter which may be convenient for the court. The parties' request for a Monday hearing on the pretrial conference is premised on the fact that Mr. Edward Suh, counsel for Plaintiffs, has already made plans to travel from California to Las Vegas for the depositions of Jeremy Bash, Michael Bash, Berkley Enterprises, Inc., and Ninety-Five Fort Apache Complex, LLC. These depositions were noticed for December 12, 13, and 14, respectively.[1] Notice of these depositions preceded appearance of new counsel for defendants in this case on December 3, 2016.[2]

//
//
//
//
//

---

[1] Specifically, on November 21, 2016, Plaintiffs noticed the deposition of Jeremy Bash was noticed for December 12, 2016, and Michael Bash for December 13, 2016. Copies of these depositions were mailed to defendants at their appropriate contact addresses. On November 30, 2016, having not received notification that the individual defendants had retained new counsel, Plaintiffs noticed the depositions of Ninety-Five Fort Apache Complex, LLC (December 14, 2016, at 9:00 a.m.), and Berkley Enterprises, Inc. (December 14, 2016, at 1:00 p.m.). On November 30, 2016, Plaintiffs also noticed the depositions of Royal View, LLC (December 19, 2016 at 9:00 a.m.), and Pepperdine Enterprises, Inc. (December 19, 2016, at 1:00 p.m.). Copies of all 30(b)(6) deposition notices were mailed to the addresses listed on the Nevada Secretary of State website.

[2] On December 3, 2016, new counsel for defendants noticed his appearance. ECF Dkt. 99. Later that day, counsel for plaintiffs provided courtesy copies of all six deposition notices to defendants' counsel.

IT IS SO STIPULATED.

| | |
|---|---|
| **KNEPPER & CLARK LLC**<br><br>/s/ Miles N. Clark<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>MILES N. CLARK<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>**LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES**<br><br>EDWARD W. SUH<br>CA Bar No. 265356<br>*Admitted Pro Hac Vice*<br>3810 Wilshire Boulevard, Suite 1212<br>Los Angeles, Ca 90010<br><br>*Attorneys for Plainitffs* | **LAW OFFICE OF ANDREW H. PASTWICK**<br><br>/s/<br>ANDREW HENRY PASTWICK<br>Nevada Bar No. 9146<br>1810 E. Sahara Avenue<br>Suite 120<br>Las Vegas, NV 89104<br>702-866-9978<br>Fax: 702-369-1290<br>Email: apastwick@pastwicklaw.com |

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

December 9, 2016
**DATED:** _____

IT IS HEREBY ORDERED that a pretrial conference is scheduled for 1:00 p.m., December 12, 2016, in Courtroom 3D.

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2016, I electronically filed the foregoing **STIPULATED REQUEST FOR PRETRIAL CONFERENCE AND REQUEST FOR TELEPHONIC PARTICIPATION (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


/S/ MILES N. CLARK
KNEPPER & CLARK LLC