EDWARD W. SUH (*Admitted pro hac vice*)
LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES
3810 WILSHIRE BOULEVARD, SUITE 1212
LOS ANGELES, CA 90010
Telephone: (213) 385-7347
Facsimile: (213) 383-3323
Edward@suhnassoclaw.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **RAMA SOU; TAI BUI; and SCOTT ZIMMERMAN**,<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL BASH; JEREMY BASH; BERKLEY ENTERPRISES, INC.; PEPPERDINE ENTERPRISES, INC.; NINETY-FIVE FORT APACHE COMPLEX, LLC; ROYAL VIEW, LLC; and DOES 1 through 20, inclusive,**<br><br>Defendants | Case No. 2:15-cv-00698-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STRIKE AND REPLACE EXHIBITS**<br><br>**[LR IC 6-1]** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiffs Rama Sou, Tai Bui, and Scott Zimmerman (collectively, "Plaintiffs"), on the one hand, and defendants Michael Bash, Jeremy Bash, Berkley Enterprises, Inc., Pepperdine Enterprises, Inc., Ninety-Five Fort Apache Complex, LLC, and Royal View, LLC (collectively, "Defendants"), on the other hand, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on March 20, 2017, Plaintiffs filed a Motion for Summary Judgment against Jeremy Bash, and included certain exhibits with the Motion;

WHEREAS, on April 7, 2017, Defendants' counsel brought to Plaintiffs' counsel's attention that certain exhibits contained information that should have been redacted;

WHEREAS, in light of the aforesaid, and in the interests of equity and judicial economy, the parties agree to allow Plaintiffs to strike the non-compliant exhibits and to replace the exhibits with those that have been properly redacted;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that good cause exists and it is in the best interests of all parties that:

(1) ECF Docket ~~103.18~~ 103-18 and ~~103.26~~ 103-28 shall be ~~struck~~ sealed, and replaced by the redacted exhibits attached hereto.

IT IS SO STIPULATED.

Dated: April 17, 2017      LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES

By: ___/s/ Edward W. Suh_____
      Edward W. Suh

2

Stipulation to Strike and Replace Exhibits                2:15-cv-00698-APG-VCF

|   |   |
|---|---|
| | CA Bar No. 265356<br>*Admitted Pro Hac Vice* |
| | Miles N. Clark<br>NV Bar No. 13848<br>KNEPPER & CLARK LLC |
| | Attorneys for Plaintiffs<br>Rama Sou, Tai Bui, and Scott Zimmerman |
| Dated: April 17, 2017 | LAW OFFICE OF ANDREW H. PASTWICK L.L.C. |
| | By: ___/s/ Andrew H. Pastwick_____<br>Andrew H. Pastwick<br>NV Bar No. 009146<br>LAW OFFICE OF ANDREW H. PASTWICK L.L.C. |
| | Attorneys for Defendants<br>Michael Bash, Jeremy Bash, Berkley Enterprises, Inc., Pepperdine Enterprises, Inc., Ninety-Five Fort Apache Complex, LLC, and Royal View, LLC |

The Clerk of Court is directed to seal ECF Nos. 103-18 and 103-26 and replace them with the redacted exhibits attached in ECF No. 107.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: \_\_\_4-10-2017_____