# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMA SOU, et al., | Case No. 2:15-cv-00698-APG-VCF |
| Plaintiffs, | |
| v. | **ORDER FOR PARTIES TO FILE PROPOSED JOINT PRETRIAL ORDER** |
| MICHAEL BASH, et al., | |
| Defendants. | |

I ruled on the summary judgment motions in November 2017, but the parties have not filed a proposed joint pretrial order as required under the Local Rules.

IT IS THEREFORE ORDERED that the parties shall meet and confer and file a proposed joint pretrial order that complies with the Local Rules on or before June 29, 2018.

DATED this 4th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE