# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Rama Sou, et al.

            Plaintiff,

v.

Michael Bash, et al.

            Defendant.

JUDGMENT IN A CIVIL CASE
for Attorney's Fees

Case Number: 2:15-cv-00698-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the plaintiffs are awarded $9,260.00 in fees and costs against defendant Michael Bash.

8/21/18
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk