EDWARD W. SUH (*Admitted pro hac vice*)
SUH LAW GROUP, APC
3810 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010
Telephone: (213) 385-7347
Facsimile: (213) 383-3323
Edward@suhnassoclaw.com

Attorneys for Plaintiffs

Matthew I. Knepper, Esq. (Nevada Bar No. 12796)
Miles N. Clark, Esq. (Nevada Bar No. 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Local Counsel for Plaintiffs

Andrew Pastwick, Esq.
Law Office of Andrew H. Pastwick, LLC
1810 E. Sahara Ave., Suite 120
Las Vegas, NV 89104
Phone: (702) 866-9978
FAX: (702) 369-1290
Email: apastwick@pastwicklaw.com

Attorney for Defendants Michael Bash, Jeremy Bash,
Berkley Enterprises, Inc.,
Pepperdine Enterprises, Inc., Ninety-Five Fort Apache
Complex, LLC and Royal View, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **RAMA SOU; TAI BUI; and SCOTT ZIMMERMAN**, <br><br> Plaintiffs, <br> v. <br><br> **MICHAEL BASH; JEREMY BASH; BERKLEY ENTERPRISES, INC.; PEPPERDINE ENTERPRISES, INC.; NINETY-FIVE FORT APACHE COMPLEX, LLC; ROYAL VIEW, LLC; and DOES 1 through 20 inclusive,** <br><br> Defendants. | Case No. 2:15-cv-00698-APG-VCF <br><br> **NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE ALL HEARINGS** <br><br><br> **ORDER** |

NOTICE OF SETTLEMENT - 1 -

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiffs Rama Sou, Tai Bui, and Scott Zimmerman (collectively, "Plaintiffs"), on the one hand, and defendants Michael Bash, Jeremy Bash, Berkley Enterprises, Inc., Pepperdine Enterprises, Inc., Ninety-Five Fort Apache Complex, LLC, and Royal View, LLC (collectively, "Defendants"), on the other hand, have agreed in principle to settle the above-captioned matter. Counsel for the parties have prepared and finalized the Settlement Agreement, Stipulated Judgment, and Stipulated Dismissal, and the executed agreements and payment are currently in transit as of March 7, 2019, mailed by certified mail by Defendants' counsel to Plaintiffs' counsel. The parties intend to file the Stipulated Dismissal as soon as practicable, but respectfully request that the parties are given 30 days to file said dismissal. Accordingly, the parties respectfully request that the Court vacate the trial readiness conference, currently scheduled for March 20, 2019 at 8:45am, the settlement conference, currently scheduled for March 19, 2019 at 10:00am, and trial, currently scheduled to begin March 25, 2019.

| | |
|---|---|
| Dated: March 12, 2019 | LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES |
| **IT IS SO ORDERED.**<br><br>_[signature]_<br>UNITED STATES DISTRICT JUDGE<br>Dated: March 13, 2019. | By: ___/s/ Edward W. Suh___<br>Edward W. Suh<br>CA Bar No. 265356<br>*Admitted Pro Hac Vice*<br><br>Miles N. Clark<br>NV Bar No. 13848<br>KNEPPER & CLARK LLC<br><br>Attorneys for Plaintiffs<br>Rama Sou, Tai Bui, and Scott Zimmerman |

Dated: March 12, 2019

LAW OFFICE OF ANDREW H. PASTWICK L.L.C.

By: ___/s/ Andrew H. Pastwick_____

Andrew H. Pastwick
NV Bar No. 009146
LAW OFFICE OF ANDREW H. PASTWICK L.L.C.

Attorneys for Defendants
Michael Bash, Jeremy Bash, Berkley Enterprises, Inc., Pepperdine Enterprises, Inc., Ninety-Five Fort Apache Complex, LLC, and Royal View, LLC

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE


DATED: _____