# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| RAMA SOU; *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>MICHAEL BASH, *et al.*,<br><br>        Defendants. | 2:15-CV-00698-APG-VCF<br>**ORDER** |

The Court has been notified that the parties have reached a settlement agreement. (ECF No. 128).

Accordingly,

IT IS HEREBY ORDERED that the settlement conference set for March 19, 2019, is VACATED.

DATED this 13th day of March, 2019.

                                                                    _____
                                                                    CAM FERENBACH<br>
                                                                    UNITED STATES MAGISTRATE JUDGE