# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMA SOU, et al., | Case No.: 2:15-cv-00698-APG-VCF |
| Plaintiffs | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| MICHAEL BASH, et al., | |
| Defendants | |

On March 13, 2019, the parties informed the court they had reached a settlement and expected to file a stipulation to dismiss within 30 days. ECF No. 129. More than 30 days have passed and a stipulation to dismiss has not been filed.

IT IS THEREFORE ORDERED that on or before May 10, 2019, the parties shall file either a stipulation to dismiss or a joint status report.

DATED this 2nd day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE